**UNITED STATES of America,**
**Plaintiff—Appellee**

v.

**Carlos GRAHAM, Defendant—**
**Appellant**

**No. 00–5641.**

United States Court of Appeals,
Sixth Circuit.

Aug. 8, 2002.

Before: MERRITT and DAUGHTREY, Circuit Judges; and WEBER, District Judge.*

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.

---

* The Honorable Herman J. Weber, United States District Judge for the Southern District of Ohio, sitting by designation.